| | |
|---|---|
| 1 | **SOUTHERN CALIFORNIA LEGAL GROUP** |
| | John-Paul A. Serrao, SB#218236 |
| 2 | Jeffrey A. Lewis SB#242962 |
| | A Professional Law Corporation |
| 3 | 3536 Concours Street, Suite 350 |
| | Ontario, CA  91764 |
| 4 | 909-544-4988 Telephone |
| | 909-544-4989 Facsimile |
| 5 | jserrao@socallegalgroup.com |
| 6 | Attorneys for Plaintiffs |
| | VINCENT and LINDA CORNEJO |
| 7 | |
| 8 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | Jenifer L. Kienle, SB#184811 |
| 9 | John W. Roddy SB#230025 |
| | 650 Town Center Drive, Suite 1400 |
| 10 | Costa Mesa, CA. 92626 |
| | (714) 545-9200 Telephone |
| 11 | (714) 850-1030 Facsimile |
| | kienle@lbbslaw.com |
| 12 | roddy@lbbslaw.com |

# JS-6

13  **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Eric Larson Zalud
14  Clare R. Taft
Nicole Schaefer
15  200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
16  (216) 363-4500 Telephone
(216) 363-4588 Facsimile
17  ezalud@beneschlaw.com; ctaft@beneschlaw.com
nschaefer@beneschlaw.com
18
Attorneys for Defendant
19  HOMAX PRODUCTS, INC.

20                    **UNITED STATES DISTRICT COURT**

21                    **CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 22 | VINCENT CORNEJO, *et al.*, | ) CASE NO. SACV10-00179-DOC (MLGx) |
| 23 | Plaintiffs, | ) JUDGE DAVID O. CARTER |
| 24 | *vs.* | ) |
| 25 | HOMAX PRODUCTS, INC., A New York Corporation, and Does 1 through 50, inclusive, | ) **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| 26 | | |
| 27 | Defendants. | ) |
| 28 | | |

1   IT IS HEREBY ORDERED, THAT this matter be dismissed with prejudice, pursuant to
2   Federal Rule of Civil Procedure 41(a)(1), each party to bear their own attorneys' fees and costs.
3
4
5   DATED:  January 26, 2011
6   *[signature: David O. Carter]*
    DAVID O. CARTER
    U.S. District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28